UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                              DECISION AND ORDER

                                                              05-CR-6062L
                                                              10-CV-6472L

                  v.

FREDERICK ROLLE,

                              Defendant.

_____

        This defendant was sentenced on September 5, 2006.  His appeal to the United States Court

of Appeals for the Second Circuit was dismissed on March 19, 2007.

        Rolle had moved to vacate the judgment pursuant to 28 U.S.C. § 2255 on January 29, 2007

(Dkt. #165).  This Court denied the motion and dismissed the § 2255 proceeding on April 23, 2007

(Dkt. #175).  Rolle filed another motion for post conviction relief on January 19, 2010, and this

Court denied that motion (Dkt. #184).

        Rolle now brings another motion to vacate pursuant to 28 U.S.C. § 2255 (Dkt. #187).  There

is no basis in the one paragraph, one page motion that warrants relief.  To the extent Rolle references

new statutes enacted in 2009, they are not retroactive and have no bearing on Rolle's case.

Therefore, the motion of Frederick Rolle, *pro se,* (Dkt. #187), is in all respects denied.

        IT IS SO ORDERED.

                                                      _____
                                                              DAVID G. LARIMER
                                                      United States District Judge

Dated:  Rochester, New York
        August 27, 2010.